520

No. 341. VINYARD ET AL. *v.* NORTH SIDE CANAL CO. ET AL. Jurisdictional statement submitted October 14, 1929. Decided October 28, 1929. *Per Curiam:* The appeal is dismissed and certiorari is denied for the want of a properly presented substantial federal question on the authority of *St. Louis & San Francisco R. Co. v. Shephard,* 240 U. S. 240; *Jett Bros. Distilling Co.* v. *City of Carrollton,* 252 U. S. 1; *Consolidated Turnpike Co.* v. *Norfolk & Ocean View Ry.,* 228 U. S. 326. *Mr. James B. Eldridge* for appellants. *Mr. E. A. Walters* for appellees. ██

No. 349. GARYSBURG MFG. CO. *v.* BOARD OF COMMISSIONERS ET AL. Jurisdictional statement submitted October 14, 1929. Decided October 28, 1929. *Per Curiam:* The appeal is dismissed for the reason that the judgment of the state court sought here to be reviewed was based on a non-federal ground adequate to support it. *Bilby* v. *Stewart,* 246 U. S. 255, 257; *Farson Son & Co.* v. *Bird,* 248 U. S. 268, 271. *Messrs. George Roundtree* and *F. S. Spruill* for appellant. No appearance for appellees.